# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

Bridget M. McCormack,
Chief Justice

160991(132)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

TOWNSHIP OF FRASER,
        Plaintiff-Appellant,

v

                                                    SC: 160991
                                                    COA: 337842

HARVEY HANEY and RUTH ANN
HANEY,
        Defendants-Appellees.

                                                      Bay CC: 16-003272-CH

_____/

       On order of the Chief Justice, the motion of the Real Property Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED.  The amicus brief submitted on March 12, 2021, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021

                                          Clerk